USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                            :

IN RE NON JUDICIAL CIVIL
FORFEITURE PROCEEDING
REGARDING $473,519.11 IN UNITED
STATES CURRENCY SEIZED ON OR
ABOUT MAY 9, 2022

                                                            1:22-mc-286-GHW

------------------------------------------------------------- X          ORDER

GREGORY H. WOODS, United States District Judge:

      On October 14, 2022, counsel for each of the United States of America and OM Select LLC filed a "Stipulation and Order" (the "Proposed Order") for execution by the Court.  The Proposed Order contains a number of factual recitals, which the parties propose that the Court adopt.  The Court declines to enter the Proposed Order at this time.

      If the parties wish for the Court to enter the Proposed Order, they are directed to submit a sworn affidavit attesting to each factual assertion included in the Proposed Order.  In addition, counsel is directed to review and comply with the Court's Individual Rules of Practice in Civil Cases, particularly Rule 1.F.  The Court will take action on the Proposed Order only after it has received the letter required by that rule and the affidavit described above.

      Counsel for the United States is directed to serve this order on OM Select LLC and to retain proof of service.

      SO ORDERED.

Dated:  October 14, 2022
        New York, New York

                                                                                       _____
                                                                                            GREGORY H. WOODS
                                                                                     United States District Judge